In the Matter of the Claim of JOSEPH PETRONE et al., Respondents, against UNITED STATES TRUCKING CORPORATION, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 23, 1933; decided June 13, 1933.)

*Paul Koch* for appellant.

*John J. Bennett, Jr., Attorney-General (Isaac Frank* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.